# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-09-00573-CV

---

**Joshua Rubenstein, Appellant**

**v.**

**Morton L. Topfer; Morton L. Topfer, as Independent Executor of the Estate of Angela Topfer; Morton L. Topfer, as Trustee of The Topfer Non-Exempt Marital Trust and the Topfer Exempt Marital trust; Richard Topfer, as Trustee of The MLT 2002 Retained Annuity Trust #1, The MLT 2002 Retained Annuity Trust #2, The MLT 2002 Retained Annuity Trust #3, The MLT 2002 Retained Annuity Trust #4, and The MLT 2003 Retained Annuity Trust; Alan Topfer, as the Trustee of The Topfer Gifting Trust, The Topfer 2003 Gifting Trust, The Topfer Grandchildren's Liquidity Trust, and The Topfer Children's Liquidity Trust, Appellees**

---

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-08-003685, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Joshua Rubenstein has filed a motion requesting this Court to dismiss the interlocutory appeal. Appellees do not oppose the motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   December 23, 2009